BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

IN RE: Glucagon-like Peptide-1 Receptor
Agonists (GLP-1 Ras) Non-Arteritic
Anterior Ischemic Optic Neuropathy
Products Litigation

MDL DOCKET NO. 3163

**<u>PLAINTIFF JEFF GOLMON'S RESPONSE IN OPPOSITION TO ELI LILLY AND COMPANY'S MOTION FOR TRANSFER OF ACTIONS PURSUANT TO 28 U.S.C. § 1407</u>**

<u>*Oral Argument Not Requested*</u>

Pursuant to 28 U.S.C. § 1407 and JPML Rule 6.2(e), Plaintiff Jeff Golmon submits his Response in Opposition to Eli Lilly and Company's Motion for Transfer of Actions Pursuant to 28 U.S.C. § 1407 (Dkt. 1), as follows:

1. Plaintiff agrees that these cases will benefit from consolidation and creation of an MDL.

2. However, Plaintiff also agrees with Plaintiffs Cheryl Henley, et al. in their position that a new NAION MDL in the District of New Jersey before Judge Zahid N. Quraishi.

3. Pursuant to Rule 10(c), Plaintiff Jeff Golmon incorporates by reference, as if fully set forth herein, the argument and authorities set forth in *Plaintiffs' Cheryl Henley et al.'s Response in Opposition to Eli Lilly and Company's Motion for Transfer of Actions Pursuant to 28 U.S.C. § 1407* (Dkt. 21).

Dated: September 12, 2025    Respectfully submitted,

*/s/ Van Shaw*
Evan Lane (Van) Shaw
State Bar No. 18140500
Jeremy B. (Beau) Powell
State Bar No. 24099163
David J. Welch
State Bar No. 24098593
SHAW WELCH POWELL
2723 Fairmount Dallas, Texas 75201
Telephone: (214) 754-7110
Facsimile: (214) 754-7115

*Attorneys for Plaintiff Jeff Golmon*

**Plaintiff Jeff Golmon's Response in Opposition to Eli Lilly and Company's Motion for Transfer of Actions Pursuant to 28 U.S.C. § 1407**

**PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Plaintiff Jeff Golmon's Response in Opposition to Eli Lilly and Company's Motion for Transfer of Actions Pursuant to 28 U.S.C. § 1407 and this Proof of Service were electronically filed with the Judicial Panel on Multidistrict Litigation via the CM/ECF system, which will send notice of this filing to all parties of record. I further certify that true and correct copies of the aforementioned documents were served to the following parties by electronic mail or First Class Mail:

**Clerks in the following districts:**
District of New Jersey, Trenton Division
U.S. District Court Clerk
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, NJ 08608
(609) 989-2065
Served via First Class Mail

Eastern District of Pennsylvania, Philadelphia Division
U.S. District Court Clerk
James A. Byrne U.S. Courthouse
601 Market Street
Philadelphia, PA 19106
(215) 597-7704
Email: PAED_MDL_GLP1_RA@paed.uscourts.gov

Northern District of Texas, Dallas Division
U.S. District Court Clerk
1100 Commerce Street, Room 1452
Dallas, TX 75242
(214) 753-2200
Email: usdcemergencyfile@txnd.uscourts.gov

**Counsel who have entered appearances:**

Parvin K. Aminolroaya
Christopher A. Seeger
Maxwell Kelly
SEEGER WEISS LLP

**Plaintiff Jeff Golmon's Response in Opposition to Eli Lilly and Company's Motion for Transfer of Actions Pursuant to 28 U.S.C. § 1407**

55 Challenger Rd., 6th Floor,
Ridgefield Park, NJ 07660
(973) 639-9100
paminolroaya@seegerweiss.com
cseeger@seegerweiss.com
mkelly@seegerweiss.com
**Counsel for Plaintiffs in the following cases:**
Kane, No. 3:24-cv-11384 (D.N.J.)
Pennell 3:25-cv-02756 (D.N.J.)
Osterman 3:25-cv-03500 (D.N.J.)
Malvesti 3:25-cv-08018 (D.N.J.)
Shea 3:25-cv-08033 (D.N.J.)
Symonds 3:25-cv-12651 (D.N.J.)
Lamanna 3:25-cv-12656 (D.N.J.)
Martin 3:25-cv-12988 (D.N.J.)
Braddock 3:25-cv-14352 (D.N.J.)
Brinson 3:25-cv-14358 (D.N.J.)
Curtis 3:25-cv-14359 (D.N.J.)
Hershman 3:25-cv-14361 (D.N.J.)
Humble 3:25-cv-14363 (D.N.J.)

Alexander Bylinkin
MORGAN & MORGAN
30 Montgomery Street, Suite 410
Jersey City, NJ 07302
(917) 344-7038
abylinkin@forthepeople.com
**Counsel for Plaintiffs in the following cases:**
Burger, No. 3:25-cv-14604 (D.N.J.)
Douglas, No. 3:25-cv-14673 (D.N.J.)
Henley, No. 3:25-cv-14720 (D.N.J)
Prorock, No. 3:25-cv-14721 (D.N.J)

Jonathan M. Sedgh
MORGAN & MORGAN
199 Water Street, Suite 1500
New York, NY 10038
(208) 712-4067
jsedgh@forthepeople.com
**Counsel for Plaintiffs in the following cases:**
Morris, No. 2:25-cv-04106 (E.D. Pa.)
Garcia, No. 2:25-cv-04537 (E.D. Pa.)

Diana M. Watral
KIRKLAND & ELLIS LLP
333 West Wolf Point Plaza

**Plaintiff Jeff Golmon's Response in Opposition to Eli Lilly and Company's Motion for Transfer of Actions Pursuant to 28 U.S.C. § 1407**

Chicago, IL 60654
(312) 862-2000
diana.watral@kirkland.com
**Counsel for Defendant Eli Lilly and Company in the following cases:**
Morris, No. 2:25-cv-04106 (E.D. Pa.)
Garcia, No. 2:25-cv-04537 (E.D. Pa.)

Trent B. Miracle
FLINT COOPER COHN THOMPSON & MIRACLE, LLC
222 East Park Street, Suite 500
Edwardsville, IL 62025
(618) 288-4777
tmiracle@flintcooper.com
**Counsel for Plaintiff in the following case:**
Ralph, No. 2:25-cv-01376 (E.D. Pa.)

I hereby further certify that Defendants listed in the Schedule of Actions that have not yet entered an appearance will be served via First Class Mail at each Defendants' last known address, as follows:

Novo Nordisk US Commercial Holdings, Inc.
The Corporation Trust Company
1209 Orange St.
Wilmington, DE 19801

Novo Nordisk US Holdings, Inc.
The Corporation Trust Company
1209 Orange St.
Wilmington, DE 19801

Novo Nordisk Research Center Seattle, Inc.
CT Corporation System
711 Capitol Way S., Suite 204
Olympia, WA 98501

Novo Nordisk Pharmaceutical Industries, LP
CT Corporation System
160 Mine Lake Ct., Suite 200
Raleigh, NC 27615

Novo Nordisk North America Operations A/S
Novo Alle 1, 2880 Bagsvaerd, Denmark

**Defendants in the following cases:**
Shea 3:25-cv-08033 (D.N.J.)
Symonds 3:25-cv-12651 (D.N.J.)

**Plaintiff Jeff Golmon's Response in Opposition to Eli Lilly and Company's Motion for Transfer of Actions Pursuant to 28 U.S.C. § 1407**

Lamanna 3:25-cv-12656 (D.N.J.)
Martin 3:25-cv-12988 (D.N.J.)
Braddock 3:25-cv-14352 (D.N.J.)
Brinson 3:25-cv-14358 (D.N.J.)
Curtis 3:25-cv-14359 (D.N.J.)
Hershman 3:25-cv-14361 (D.N.J.)
Humble 3:25-cv-14363 (D.N.J.)

Dated: September 12, 2025

Respectfully submitted,

*/s/ Van Shaw*
Evan Lane (Van) Shaw
State Bar No. 18140500
Jeremy B. (Beau) Powell
State Bar No. 24099163
David J. Welch
State Bar No. 24098593
SHAW WELCH POWELL
2723 Fairmount Dallas, Texas 75201
Telephone: (214) 754-7110
Facsimile: (214) 754-7115

*Attorneys for Plaintiff Jeff Golmon*